**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Target Training International, Ltd.   v.   Extended DISC International, Ltd.

No. 15-1856

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:     Target Training International, Ltd.
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant
☑ Appellant      ☐ Appellee       ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Edmund J. Sease |
| Law firm: | McKee, Voorhees & Sease, P.L.C. |
| Address: | 801 Grand Ave., Ste. 3200 |
| City, State and ZIP: | Des Moines, IA  50309 |
| Telephone: | 515-288-3667 |
| Fax #: | 515-288-1338 |
| E-mail address: | ed.sease@ipmvs.com, mvslit@ipmvs.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/1982

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes     ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

____8/6/15_____                    ____/s/ Edmund J. Sease____
      Date                           Signature of pro se or counsel

cc: Thomas R. Ajamie