**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Target Training International, Ltd.  v. Extended DISC International, Ltd.

No. 15-1856

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   Target Training International, Ltd.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name: Christine Lebron-Dykeman
Law firm: McKee, Voorhees & Sease, P.L.C.
Address: 801 Grand Ave., Ste. 3200
City, State and ZIP: Des Moines, IA 50309
Telephone: 515-288-3667
Fax #: 515-288-1338
E-mail address: christine.lebron-dykeman@ipmvs.com, mvslit@ipmvs.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 5/21/2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

8/6/15                                   /s/ Christine Lebron-Dykeman
Date                                     Signature of pro se or counsel

cc: Thomas R. Ajamie